[Nos. 17205-8-III; 17206-6-III. Division Three. January 25, 2000.]
THE STATE OF WASHINGTON, *Appellant*, v. DANIEL WILLIAM COYNE, *Respondent.*
THE STATE OF WASHINGTON, *Appellant*, v. CLINTON JOSEPH BURT, *Respondent.*

Appeals from judgments of the Superior Court for Benton County, Nos. 97-1-00585-3 and 97-1-00584-5, Philip M. Raekes, J., entered January 9, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J. Now published at 99 Wn. App. 566.

[No. 17714-9-III. Division Three. January 25, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY MIKEL JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00799-1, Rebecca Margaret Baker, J., entered July 28, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 17978-8-III. Division Three. January 25, 2000.]
THE STATE OF WASHINGTON, *Respondent*, v. THOMAS RANDALL HARGROVE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00314-9, Jack Burchard, J., entered October 9, 1998. *Denied* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18006-9-III. Division Three. January 25, 2000.]
*In the Matter of the Marriage of* LINDA L. GARRETT, *Respondent*, and MERWIN T. GARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 242588, Paul A. Bastine, J., entered October 15, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.